UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ISO CLAIMS SERVICES, INC., ACI DIVISION

    Plaintiff,

vs.                                                Case No.  3:06-cv-100-J-25MCR

APPRAISAL.COM, INC.,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Plaintiff's Unopposed Motion to File Exhibits Under Seal pursuant to the Court's Order of September 14, 2006 (Doc. 59) filed January 5, 2007.  Plaintiff seeks to file three exhibits in support of its Motion to Compel under seal.  Plaintiff represents these exhibits are deemed "Highly Confidential" by the Protective Order in this Case (Doc. 41-2) and concern trade secrets or other proprietary data.  Plaintiff represents Defendant does not oppose the relief requested in this Motion.

The Court will permit the filing of a limited number of sealed documents because it finds a compelling interest in protecting the parties' trade secrets and the sealing of these three exhibits is narrowly tailored to that interest.  See Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1016 (11th Cir. 1992), citing Wilson v. American Motors Corp., 759 F.2d 1568, 1571 (11th Cir. 1985).

Accordingly, after due consideration, it is

**ORDERED**:

-1-

1.  Plaintiff's Unopposed Motion to File Exhibits Under Seal pursuant to Court's Order of September 14, 2006 (Doc. 59) is **GRANTED**.

2.  The Clerk is directed to file Plaintiff's Exhibits 4, 10, and 18 under seal.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  8th  day of January, 2007.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party